

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00101-CR

The **STATE** of Texas,
Appellant

v.

Irma Claudio **GARCIA**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8677
The Honorable Andrew Wyatt Carruthers, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED February 4, 2015.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Lorina Rummel is the presiding judge of the 144th District Court, Bexar County, Texas. However, the order granting the motion to suppress which is at issue in this appeal was signed by the Honorable Andrew Wyatt Carruthers, the judge of the Magistrate Court, Bexar County, Texas.